**STATEMENT OF OFFENSE**

On November 30, 2018, Witness 1 contacted a detective with the Metropolitan Police Department ("MPD") to file a report concerning her son, K.P., a 12-year-old child (at the time of the offenses described herein).[1] Witness 1 reported that she regularly checks K.P.'s cellular phone and computer for pornography. On one occasion, Witness 1 noticed K.P had left his cellular phone unlocked, so Witness 1 decided to do one of her random checks on the phone. Upon scrolling through the phone, Witness 1 noticed that K.P. had exchanged several Instagram messages with Jesse Mathis (herein "the defendant"), a 50-year-old former neighbor who Witness 1 and her family have known for several years.[2] Witness 1 observed that several of the messages between the defendant and K.P. included sexually explicit content. For example, Witness 1 observed that on November 17, 2018, the defendant sent K.P. two pornographic videos—one depicting a man penetrating a woman from behind the woman, and another depicting a woman performing oral sex on a man in a car.

Witness 1 gave law enforcement consent to search K.P.'s phone. Law enforcement then performed a preliminary forensic extraction of the phone's contents, and preserved them. A search warrant was also obtained out of the Superior Court for the District of Columbia for the defendant's and K.P.'s Instagram accounts. During the relevant time period, the defendant used the account "je.sse3703" and K.P. used the account "payne665."

On January 27, 2019, a detective with MPD's Youth and Family Services Division ("YFSD") conducted a video-recorded interview with K.P. During the interview, K.P. reported that the defendant, who he knows as "Jesse," used to live near K.P. and his family in Washington

---

[1] Witness 1 had the detective's contact information in connection with a prior, unrelated investigation.

[2] Witness 1 later identified the defendant in a confirmation photo.

D.C.[3] The detective asked K.P. about his communication with the defendant. K.P. confirmed that he engaged in communication with the defendant on Instagram, and stated that he did not know how the defendant found him on Instagram. K.P. said that at first, the defendant thought that K.P. was K.P.'s father, who shares his same name, but that "after a minute," the defendant realized he was talking to a child. K.P. said that the defendant sent him pornographic videos and other inappropriate material, and then told him to delete the videos. K.P. said the defendant later began video calling K.P. over the Instagram application. K.P. said he thought the defendant only video called him approximately two times. K.P. said the defendant referred to him as "nephew," even though K.P. and the defendant are not related.[4] The detective asked K.P. about a message the defendant sent him wherein he wrote to K.P., "I love you," with a heart shaped emoji. K.P. reported that "it felt stupid" when the defendant sent him that message, and he did not know why the defendant would write that, particularly since K.P. has a girlfriend. The detective also asked K.P. about a message the defendant sent him wherein he wrote that K.P. should "get [his] horny ass in the shower." K.P. said he was about to take a shower that time, but he denied knowing what the word "horny" means.

During the interview, K.P. identified two pornographic videos that were forensically extracted from his phone as having been sent to him by the defendant. These were the same two videos that Witness 1 had observed in K.P.'s phone, which are described above. K.P. also identified an image of a woman's naked buttocks that the defendant separately sent to him.

Throughout the interview, K.P. denied that the defendant ever sent him naked photographs of himself or asked K.P. to send naked photographs. K.P. also denied sending or receiving videos

---

[3] On January 27, 2019, K.P. identified the defendant in a confirmation photo.
[4] The defendant actually referred to K.P. as "newphew" [sic] repeatedly throughout their messages.

depicting male masturbation. K.P. said that he and the defendant have met in the past, *i.e.* when they were neighbors, but that the defendant did not ask to meet with K.P. in the time that K.P. was communicating with the defendant on Instagram. K.P. said that the last time he saw the defendant in person was around July 4, 2018.

On March 8, 2019, detectives from YFSD conducted a non-custodial interview with the defendant. At the beginning of the interview, the defendant said he had accidentally sent some pornographic videos to K.P., believing that K.P. was K.P.'s father. The defendant apologized and said he had made a "terrible mistake." He later identified two pornographic videos he sent to K.P, and confirmed that one of the videos (which depicted a man having sex with a woman from behind the woman) was a "homemade" video, made by his friend "▮."

When confronted with some of his Instagram messages to K.P., the defendant later admitted that at the time he sent pornography to K.P., and at the time K.P. sent pornography to him,[5] the defendant knew that he was sending the videos to K.P. (not K.P.'s father) and that K.P. was a child. He acknowledged to the detectives that his behavior was wrong, and that he should have cut things off with K.P. as soon as K.P. made clear to the defendant that K.P. was a child, and not K.P.'s father.

The defendant denied that K.P. ever sent pictures of his penis to the defendant, and that he ever sent pictures of his penis to K.P. When detectives asked the defendant whether K.P. ever sent photographs or videos to the defendant of K.P. masturbating, the defendant said that, while K.P. never sent him photographs or videos, K.P. did masturbate with the defendant on a video call, which the defendant said was K.P. "just trying to be funny." When the detectives asked the defendant for details about that incident, the defendant said that K.P. had exposed himself to the

---

[5] The defendant said that K.P. sent him videos that K.P. got from PornHub, a website that hosts pornography videos.

defendant on an Instagram video call, and that K.P. was touching his "pecker" or "private" at the time.[6] According to the defendant, he asked K.P., "Why are you showing me that," and told K.P. to put on his clothes.

The defendant later admitted that K.P. had exposed himself like this to the defendant "a couple of times."[7] The defendant said that at the time of these calls, K.P. was at K.P.'s home in ▮▮▮▮▮ and he (the defendant) was at his home in Washington, D.C.

A detective asked the defendant if he remembered exposing himself to K.P. in a "joking manner." The defendant replied, "Yes." When asked for specifics, the defendant said that he exposed himself to K.P. in an Instagram video call in a, "I'll show you, you show me" type of interaction. The defendant said that he had just come out of the shower, and that he laid down and exposed his penis to K.P. The defendant later characterized these interactions with K.P. as "sex play," and admitted that he (the defendant) would stroke his (the defendant's) penis while K.P. would stroke K.P.'s penis. The defendant referred to these mutual masturbation sessions as a "guilty pleasure," and admitted that he was "aroused" by the interaction, but not "fully aroused."

The defendant denied that he ever engaged in any hands-on sexual acts or sexual contact with K.P., and denied that he ever suggested that he and K.P. meet up or "hook up."

The defendant later wrote in a statement: "I Mr. Jesse Mathis engaged [in] wrong behavior with [K.P.,] . . . masturbating with [K.P.] and also showing penis picks of me and him[,] . . . and phone sex[,] . . . [and] sending XXX videos to him."

---

[6] The defendant later acknowledged he was talking about K.P.'s penis, and that K.P. was "playing with himself." Later in the interview, the defendant said that K.P. had also exposed his "ass" to him.

[7] He later clarified it happened at least twice, and that it could have happened as many as five times.

On March 14, 2019, detectives from MPD conducted an audio-recorded follow-up interview with K.P. Detectives told K.P. that they had spoken with the defendant, were in possession of the defendant's cellular phone, and wanted to ask him some follow-up questions based on what they learned from the defendant. A detective asked K.P. if there was ever a time that he could see the defendant's body parts or the defendant could see his body parts during one of their video calls.[8] K.P. responded that the defendant could not see his body parts, but on their last video call, K.P. turned around and "[the defendant] just pulled his stuff out and he showed me." The detective asked K.P. what he meant by the defendant's "stuff," and K.P. explained that he meant the defendant's "private part," which he uses to go to the bathroom. K.P. denied that he was ever naked when he had video calls with the defendant, and denied that the defendant ever saw K.P.'s penis. But K.P. did say that on the occasion where the defendant showed K.P. his penis, the defendant also asked K.P., "What does yours look like?" K.P. reported that he told the defendant "I don't know." The defendant then told K.P. that since he had showed K.P. his penis, K.P. should show the defendant K.P.'s penis.

During this interview, K.P. also added that in his first video call with the defendant, the defendant was watching pornography on his television, and that he showed K.P. what he was watching.

Your affiant conducted a follow-up conversation with K.P. on July 17, 2019, which was also audio-recorded. During that conversation, K.P. reiterated that he only ever saw the defendant's penis on one occasion, during a video call, and that the defendant never saw his penis. K.P. added

---

[8] K.P. said that the defendant always initiated the video calls, and that K.P. never called the defendant. The search warrant response from Facebook, Inc., shows frequent video calls between K.P. and the defendant, and appears to show instances where K.P. called the defendant.

in that conversation that on one of the video calls he had with the defendant, the defendant asked K.P. if he liked boys or girls, to which K.P. responded girls.

In response to the search warrant, Instagram produced records for the defendant's and K.P.'s Instagram accounts. Those records show conversation and video calls between the defendant and K.P. from approximately November 17, 2018, to approximately November 28, 2018. On November 17, 2018, the defendant sent K.P. a photo of a woman's buttocks and what was apparently a pornographic video and then wrote, "That. Was. Bye. Accident. Earlier. I. Meant. To. Send. That. To. You're. Poops. That. Was. For. Him. And. You're. Uncle. Cleff. Please. Deelete. Ok. That. Was. Bye."[9] After sending those messages, however, the defendant continued to send K.P. sexually explicit videos and images, including the video referenced above of a woman performing oral sex on a man in a car, and another photograph of a woman's buttocks. The defendant encouraged K.P. to send him explicit images that K.P. said he downloaded off of PornHub. The defendant promised K.P. that he would not tell anyone what K.P. had sent him. After some discussion of K.P. getting ready to take a shower, the defendant wrote, "So. Go. Ahead. Get. You're. Horny. ASS. In. The. Shower. And. Cool. Off Ok. LOL. LOL. LOL. LMO. LMO. LMO. LMO." He then wrote, "A. INFACT. Can. You. Delete. All. The. Stuff. I. Sent. You. Ok. PLEASE. Thanks. Because. I. Can. Get. In. Trouble. Newphew. Because. It's. BADD. STUFF. DEELETE. ASAP. Real. Talk. PROMISE Me. You. Will. Right. Now. !!"

Later that day, K.P. wrote that he was out of the shower. The defendant responded, "Ok. Cool. Me. To. But. If. You. Me stuff. That's. Cool. But. I. Can't. You. Stuff. Like. That. Because. You. Under. Age. Ok. Thanks. And I. Can. Get. In. A. Whole. Lot. Of. Fucking trouble. Ok. So. Yeah. That's. FAM. Ok." He then added, "But. You. Can. Send. Me. Stuff. If. You. Want. Ok."

---

[9]  All typographical errors in the quoted language are original.

A few hours later, K.P. wrote to the defendant that he was playing on his laptop, and the defendant responded, "You. SHOURE. OR. You. PLAYING. With. You're. SELF. LOL. LOL. LOL. LOL. LOL. LMO. Ok. Real. Talk." K.P. asked the defendant what he meant by that, and the defendant responded, "BEATING. YOURE. MEAT. LOL. LOL. LOL. LOL. LMO. WACking. Off. LOL. LOL. LOL."

Between November 17, 2018, and November 25, 2018, the defendant and K.P. appear to have participated in dozens of video calls on the Instagram platform. They also exchanged several messages. On November 25, 2018, the defendant and K.P. were engaged in a conversation, and the defendant ended the conversation with "I. Love. You. Boy. You. Feel. Me. ❤❤❤❤. You. My. Newphew. Ok." He wrote again a few minutes later, "LOL. I. Love. You. To. Son. !! LOL," and again a few minutes after that, "Love. You. ❤❤ Newphew. Ok. Later."

    Respectfully submitted,

    _____

    Timothy Palchak
    Detective
    MPDC

Subscribed and sworn to before me on this 31st day of July, 2019

    _____
    DEBORAH A. ROBINSON
    UNITED STATES MAGISTRATE JUDGE